## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

    Plaintiff,

        v.                        Case No. 13-CV-1232

JOHN DOE,

    Defendant.

## ORDER GRANTING THE PLAINTIFF'S MOTION
## FOR EXPEDITED DISCOVERY

    The plaintiff filed its complaint on November 2, 2013, and was granted leave to take discovery before the Rule 26 conference was held. Accordingly to the defendant, he was notified of this action on December 24, 2013 when he received a letter from Time Warmer Cable dated December 17, 2013. The letter stated that the deadline to object to the subpoena was January 3, 2014.

    On that date, the defendant filed a motion seeking a 21 day extension of time to confer with counsel and to consider how to proceed in this case. Upon due consideration, the defendant's request will be granted.

    **IT IS THEREFORE ORDERED** that the defendant's motion for an extension of time to respond to the subpoena be and hereby is **granted**. (Docket #9). The defendant shall have until **January 25, 2014**, either to object to the subpoena or to file a protective order.

Dated at Milwaukee, Wisconsin, this <u>9th</u> day of January, 2014.

BY THE COURT:

<u>s/Patricia J. Gorence</u>
Patricia J. Gorence
United States Magistrate Judge

2